Official Form 1 (1/08)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**374 West 8th Street, LLC, a Corporation** | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **20-3462901** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**21515 Hawthorne Blvd., #975**<br>**Torrance CA**<br>ZIPCODE **90503** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **374 West 8th St., Torrance CA** | ZIPCODE **90503** |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [X] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] Over 100,000

**Estimated Assets**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [X] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

**Estimated Liabilities**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [X] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **374 West 8th Street, LLC,** <br> **a Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> **3915 226th Street, LLC** | Case Number: <br> **2:09-bk-19189-ER** | Date Filed: <br> **04/21/2009** |
| District: <br> **Central District of California** | Relationship: <br> **Affiliate** | Judge: <br> **HON. ERNEST M. ROBLE** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** <br> Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                          FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>374 West 8th Street, LLC,<br>a Corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>03/15/2010<br>(Date) |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ SCOTT C. CLARKSON, ESQ.<br>Signature of Attorney for Debtor(s)<br><br>SCOTT C. CLARKSON, ESQ. 143271<br>Printed Name of Attorney for Debtor(s)<br><br>Clarkson, Gore & Marsella, APLC<br>Firm Name<br><br>3424 Carson Street, #350<br>Address<br><br>Torrance CA 90503<br><br>(310) 542-0111<br>Telephone Number<br><br>03/15/2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X_____<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Tony Ashai fka Aziz Ashai<br>Signature of Authorized Individual<br><br>Tony Ashai fka Aziz Ashai<br>Printed Name of Authorized Individual<br><br>President<br>Title of Authorized Individual<br><br>03/15/2010<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br><br>☒ Attorney for: Debtor, 374 West 8th St., LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>374 West 8th Street, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: Emergency (Incomplete) Petition                 Date Filed: 03/15/2010

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        _____
*Signature of Authorized Signatory of Filing Party*                *Date*

Tony Ashai fka Aziz Ashai
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration,* the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____        3/15/10
*Signature of Attorney for Filing Party*                *Date*

Scott C. Clarkson
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br><br>☒ *Attorney for:* Debtor, 374 West 8th St., LLC | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br>374 West 8th Street, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other: Emergency (Incomplete) Petition          Date Filed: 03/15/2010

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          3/15/10
Signature of Authorized Signatory of Filing Party          Date

Tony Ashai fka Aziz Ashai
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          _____
Signature of Attorney for Filing Party          Date

Scott C. Clarkson
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

UNANIMOUS WRITTEN CONSENT
OF THE MEMBERS
OF
<u>374 West 8th Street, LLC</u>
a California limited liability company

The undersigned, being all the members of 374 West 8th Street, LLC, a California limited liability company (the "Company"), acting pursuant to and in accordance with the provisions of the Beverly-Killea Limited Liability Company Act and the Operating Agreement of the Company, hereby adopt the following resolutions:

APPOINTMENT OF MANAGER

WHEREAS, the initial manager of the Company was a California corporation that has been dissolved and is no longer serving.

THEREFORE, IT IS RESOLVED that Tony Ashai is hereby appointed as the sole manager of the Company in accordance with Section 5.2 of the Company's Operating Agreement.

AUTHORIZATION TO FILE BANKRUPTCY PETITION

RESOLVED, that the manager of the Company is hereby authorize to file a Chapter 11 Bankruptcy Petition on behalf of the Company, and to take any further steps reasonably necessary in connection therewith.

IN WITNESS WHEREOF, the undersigned have executed this written consent as on March 15, 2010.

SHAREHOLDERS:                                    TONY AND JAMILA CHILDREN'S TRUST

                                                By: _____
                                                     Tony Ashai, Trustee

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

ATHAR ASHAI AND WOSIMA MASOODI
CHILDREN'S TRUST

By: _____
Athar Ashai, Trustee
Executed by: Tony Ashai, Attorney-in-Fact


ASHAI CONTRUCTION &
DEVELOPENT, INC.


By: _____
Tony Ashai, President

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re  *374 West 8th Street, LLC*  
     *a   Corporation*

Case No.  
Chapter *11*

_____ ,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Heleh Turkaman<br>2736 Via Miguel<br>Palos Verdes Pen CA  90274 | Phone: 310-722-9159<br>Heleh Turkaman fka Vineyard Bk<br>Cal. Bank & Trust<br>2736 Via Miguel<br>Palos Verdes Pen CA  90274 | *Promissory Note* | Value:<br>Net Unsecured: | $ 4,021,053.57<br><br>$ 2,400,000.00<br>$ 1,621,053.57 |
| 2<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | Phone: 310-303-3885<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd.., #975<br>Torrance CA  90503 | *General Contractor* | | $ 498,392.29 |
| 3<br>23015 Samuel, LLC<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | Phone: 310-303-7916<br>23015 Samuel, LLC<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | *loan* | | $ 155,700.00 |
| 4<br>Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA  90505 | Phone: 310-373-8555<br>Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA  90505 | *Subcontractor* | | $ 71,881.41 |
| 5<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | Phone: 310-303-3885<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | *loan* | | $ 68,850.78 |

Page 1

B4 (Official Form 4) (12/07)

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim Is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Beacon Investments<br>dba Crenshaw Lumber<br>1860 W. 166th St. POB 2436<br>Gardena CA 90247 | Phone: 310-323-1337<br>Beacon Investments<br>dba Crenshaw Lumber<br>1860 W. 166th St. POB 2436<br>Gardena CA 90247 | Mechanics Lien | Net Unsecured:<br>*Prior Liens Exist | $ 37,230.94<br><br>$ 37,230.94 |
| 7<br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-7070 | Phone: 800-400-7115<br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-7070 | Taxes | | $ 37,010.00 |
| 8<br>Fire Safe Systems<br>P.O. Box 1186<br>Redondo Beach CA 90278 | Phone: 310-542-0585<br>Fire Safe Systems<br>P.O. Box 1186<br>Redondo Beach CA 90278 | Mechanics Lien | Net Unsecured:<br>*Prior Liens Exist | $ 26,835.63<br><br>$ 26,835.63 |
| 9<br>Cooper & Cooper<br>904 Silver Spur Road<br>Palos Verdes Pen CA 90274 | Phone: 310-717-7735<br>Cooper & Cooper<br>904 Silver Spur Road<br>Palos Verdes Pen CA 90274 | Mechanics Lien | Net Unsecured:<br>*Prior Liens Exist | $ 14,035.00<br><br>$ 14,035.00 |
| 10<br>LA County Tax Collector<br>P.O. Box 54018<br>Los Angeles CA 90054-0018 | Phone: 213-974-2111<br>LA County Tax Collector<br>P.O. Box 54018<br>Los Angeles CA 90054-0018 | Taxes | D | $ 7,158.19 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Tony Ashai fka Aziz Ashai_, _President_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _3/15/2010_    Signature _/s/ Tony Ashai fka Aziz Ashai_
    Name: _Tony Ashai fka Aziz Ashai_
    Title: _President_

Page 2

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Rule 1007-2(d)

Name _SCOTT C. CLARKSON, ESQ._

Address _3424 Carson Street, #350 Torrance, CA 90503_

Telephone _(310) 542-0111_

[X]  Attorney for Debtor(s)
[ ]  Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: _In re 374 West 8th Street, LLC_ | Case No. |
| | Chapter _11_ |
| | |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _2_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _03/15/2010_                                  /s/ _Tony Ashai fka Aziz Ashai_
                                                    Debtor: _374 West 8th Street, LLC_

/s/ _SCOTT C. CLARKSON, ESQ._
Attorney: _SCOTT C. CLARKSON, ESQ._              Joint Debtor:

8216.01 374 West Street, LLCcreditor.txt

23015 Samuel, LLC
21515 Hawthorne Blvd., #975
Torrance, CA   90503


Ashai Construction & Develpmnt
21515 Hawthorne Blvd.., #975
Torrance, CA   90503

Beacon Investments
dba Crenshaw Lamber
1860 W. 166th St. POB 2436
Gardena, CA   90247


Cooper & Cooper
904 Silver Spur Road
Palos Verdes Pen, CA   90274


Elite Homes
23670 Hawthorne Blvd.
Suite 200
Torrance, CA   90505


Fire Safe Systems
P.O. Box 1186
Redondo Beach, CA   90278


Heleh Turkaman
2736 Via Miguel
Palos Verdes Pen, CA   90274


LA County Tax Collector
P.O. Box 54018
Los Angeles, CA   90054-0018


State Board of Equalization
P.O. Box 942879
Sacramento, CA   94279-7070


Heleh Turkaman fka Vineyard Bk
Cal. Bank & Trust
2736 Via Miguel
Palos Verdes Pen, CA   90274

Page 1