| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daniel A. Platt (SBN: 132665)<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Haleh Turkaman | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>374 West Street, LLC, a Corporation<br><br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:10-19554-ER |
|---|---|
| | DATE:  5/3/10<br>TIME:  10:00 a.m.<br>CTRM:  1568<br>FLOOR: 15 |

## NOTICE OF MOTION AND MOTION FOR
### (A) RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property), and
### (B) RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543 BY PREPETITION RECEIVER OR OTHER CUSTODIAN (with supporting declarations)
### (MOVANT/LENDER:  Haleh Turkaman                    (the "Movant"))

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any) ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay and relief from turnover as to the Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**   ☒ 255 East Temple Street, Los Angeles   ☐ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing on the Motion.

   b. ☐ This Motion is being heard on SHORTENED NOTICE. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence may be filed and served:
      ☐ at the hearing   ☐ at least _____ court days before the hearing.
      (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
      (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.
      (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual

*(Continued on next page)*

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                **F 4001-1M.CUST**

Motion for Relief from Stay (Custodian of Real Property) - *Page 2 of* ____    **F 4001-1M.CUST**

| In re                                  (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| 374 West Street, a Corporation                                     Debtor(s). | CASE NO.: 2:10-19554-ER |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 3/24/10

Katten Muchin Rosenman LLP
*Print Law Firm Name (if applicable)*

Daniel A. Platt                                                       /s/ Mark D. Conzelmann
*Print Name of Individual Movant or Attorney for Movant*    *Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                            **F 4001-1M.CUST**

Motion for Relief from Stay (Custodian of Real Property) - *Page 3 of* ____   **F 4001-1M.CUST**

| In re<br>374 West Street, a Corporation | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:10-19554-ER |
|---|---|---|

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM TURNOVER
### (MOVANT/LENDER: Haleh Turkaman _____ (the "Movant"))

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to the following real property (the "Property"):

   *Street Address:* 374 West 8th Street
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Los Angeles, CA 90731

   Legal description or document recording number (including county of recording):

   ☒ See attached continuation page.

1A. **The Custodianship Action:** This Motion relates to Property as to which a Custodian is in possession as follows:

   Custodian Name *(specify)*: Robb Evans of Robb Evans & Associates, LLC
   Appointing Court *(specify)*: Superior Court for the State of California for the County of Los Angeles, Central District
   Appointing Court Case Name *(specify)*: Haleh Turkaman v. 374 West 8th Street, LLC, et al.
   Appointing Court Case Number *(specify)*: BC409044
   Date of appointment of custodian: 3/26/09     3/26/09
   Date custodian took possession of the Property:

2. **Case History:**
   a. ☒ A voluntary  ☐ An involuntary  petition under Chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13
      was filed on *(specify date)*:
   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on *(specify date)*:
   c. ☐ Plan was confirmed on *(specify date)*:
   d. ☐ Other bankruptcy cases affecting this Property have been pending within the past two years. See attached Declaration.

3. **Grounds for Relief from Stay:**
   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:
      (1) ☒ Movant's interest in the Property is not adequately protected.
         (a) ☒ Movant's interest in the collateral is not protected by an adequate equity cushion.
         (b) ☐ The fair market value of the property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.
         (c) ☐ No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).
      (2) ☐ For other cause for relief from stay, see attached continuation page.
   b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the property is not necessary for an effective reorganization.
   c. ☐ Pursuant to 11 U.S.C. § 362(d)(3), Debtor(s) has/have not satisfied the requirements of this section because of a failure to:
      (1) ☐ Commence payments; or
      (2) ☐ File a reasonable Plan of Reorganization within 90 days of the petition date.

*(Continued on next page)*

Motion for Relief from Stay (Custodian of Real Property) - Page 4 of ____     **F 4001-1M.CUST**

| In re                                (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| 374 West Street, a Corporation     Debtor(s). | CASE NO.: 2:10-19554-ER |

4. ☐ Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

4A. **Grounds for relief from turnover under 11 U.S.C. § 543(d)(1):** For the reasons set forth in the attached Declaration(s):

   a. ☒ Debtor(s) has/have mismanaged the Property. The Custodian can more effectively manage the Property during the bankruptcy proceedings.

   b. ☐ Debtor(s) is/are not an appropriate fiduciary to collect and disburse proceeds of the Property for the benefit of the estate.

   c. ☐ Other *(specify)*:

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

   a. ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to the Local Bankruptcy Rules.

   b. ☒ Movant submits the attached supplemental Declaration(s) under penalty of perjury, to provide additional evidence in support of this Motion.

   c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

   d. ☐ Other evidence *(specify)*:

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested)*:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. Relief from turnover pursuant to 11 U.S.C. § 543(b)(2) and (c)(2), and annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts and to allow all issues regarding the Custodianship to be determined by the Custodian's Appointing Court as if this bankruptcy case had not been commenced.

3. Alternatively, entering an order modifying the stay to:

   a. ☒ Allow the Custodian to file with the Appointing Court a final report and account and request for order approving compensation and reimbursement of costs and expenses in accordance with non-bankruptcy law requirements.

   b. ☒ Allow the Appointing Court to proceed to hear and determine all issues related to the appropriateness of the accounting and amounts of compensation requested, including any postpetition period prior to the entry of this order, and to authorize payment out of any funds in the possession of the Custodian that have not been required to be turned over to the Debtor(s) or bankruptcy trustee.

   c. ☒ Allow the Appointing Court to terminate the Custodianship and to exonerate any bond or undertaking as may be appropriate.

   d. ☒ Allow the Custodian to file an appropriate motion in the bankruptcy court pursuant to 11 U.S.C. § 543(c)(2) to seek an order from this Court approving payment of compensation and reimbursement approved by the Appointing Court from funds that have been turned over to the Debtor(s) or bankruptcy trustee.

4. Other relief from stay provisions requested:

   a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009     **F 4001-1M.CUST**

Motion for Relief from Stay (Custodian of Real Property) - *Page 5 of* ____     **F 4001-1M.CUST**

| In re               (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| 374 West Street, a Corporation          Debtor(s). | CASE NO.: 2:10-19554-ER |

    c. ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

    d. ☐ For other relief requested, see attached continuation page.

5. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 3-24-10

Respectfully submitted,

Haleh Turkaman
*Movant Name*

Katten Muchin Rosenman LLP
*Firm Name of Attorney for Movant (if applicable)*

By: *Daniel A. Platt /s/Mark D. Conzelmann*
*Signature*

Name: Daniel A. Platt
*Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*          **F 4001-1M.CUST**

# Continuation Page

# Legal Description

## Legal Description

Lots 31 and 32 of Tract no. 8901, in the City of Los Angeles, County of Los Angeles, State of California; as per map recorded in book 154 page 26, of maps, in the Office of the County Recorder of said County.

Its address is commonly known as:

Real Property located at 374 West 8th Street (San Pedro Area), Los Angeles, CA 90731.