Motion for Relief from Stay (Custodian of Real Property) - *Page 6 of* ____    **F 4001-1M.CUST**

| In re<br>374 West Street, a Corporation | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:10-19554-ER |
|---|---|---|

## DECLARATION RE CUSTODIANSHIP OF REAL PROPERTY
### (MOVANT/LENDER: Haleh Turkaman (the "Movant"))

I, Haleh Turkaman _____, declare as follows:
   *(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion ("Property") because *(specify)*:

   ☐ I am the Movant and owner of the Property.
   ☐ I manage the Property as the authorized agent for the Movant.
   ☒ I am employed by Movant as *(state title and capacity)*: Loan Representative
   ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to loans and extensions of credit given to Debtor(s) concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. a. The address of the Property that is the subject of this Motion is:

   *Street Address:* 374 West 8th Street
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Los Angeles, CA 90731

   b. **The legal description or document recording number (including county of recording) set forth in Movant's Deed of Trust is attached as Exhibit** A_____.
   ☐ See attached continuation page.

4. Type of property *(check all applicable boxes)*:
   a. ☐ Commercial
   b. ☒ Multi-unit residential
   c. ☐ Industrial
   d. ☐ Other *(specify)*:

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1M.CUST**

Motion for Relief from Stay (Custodian of Real Property) - *Page 7 of* ____    **F 4001-1M.CUST**

| In re<br>374 West Street, a Corporation    (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:10-19554-ER |
|---|---|

**4A. The Custodianship Action:** A custodianship proceeding affecting the Property was pending in another forum when the petition was filed in this case. A true and correct copy of the order appointing the custodian is attached as Exhibit  B  . The procedural history of that proceeding is as follows:

Custodian Name: Robb Evans of Robb Evans & Associates, LLC
Appointing Court: Superior Court for the State of California for the County of Los Angeles, Central District
Appointing Court Case Name: Haleh Turkaman v. 374 West 8th Street, LLC, et al.
Appointing Court Case Number: BC409044
Date of appointment of custodian: 3/26/09
Date custodian took possession of the Property: 3/26/09

5. Nature of Debtor's(s') interest in the Property:
   a. ☐ Sole owner
   b. ☐ Co-owner(s) *(specify)*:
   c. ☐ Lien holder *(specify)*:
   d. ☐ Other *(specify)*:
   e. ☐ Debtor(s)    ☐ did    ☐ did not    list the Property in the Schedules filed in this case.
   f. ☒ Debtor(s) acquired the interest in the Property by ☐ grant deed    ☐ quitclaim deed    ☒ trust deed

      The deed was recorded on: 11/21/06

6. Amount of Movant's claim with respect to the Property:
   a. Principal:                                                                $   3,664,524.14
   b. Accrued Interest:                                                         $     604,407.99
   c. Costs (Attorney's Fees, Late Charges, Foreclosure Costs):                 $     229,385.08
   d. Advances (Property Taxes, Insurance):                                     $
   e. TOTAL CLAIM as of 3/15/10                        :                        $   4,498,317.21
   f. ☒ Loan is all due and payable because it matured on *(specify date)*: 1/26/09

7. Movant holds a    ☒ deed of trust    ☐ other *(specify)*
   that encumbers the Property.

   a. A true and correct copy of the document as recorded is attached as Exhibit  C  .

   b. A true and correct copy of the promissory note or other document that evidences the Movant's claim is attached as Exhibit  D  .

   c. ☒ A true and correct copy of the assignment(s) transferring the beneficial interest under the note and deed of trust to Movant is attached as Exhibit  E  .

8. Status of Movant's claim relating to the Property *(fill in all applicable information requested below)*:

   a. Current interest rate:
   b. Contractual maturity date:
   c. Amount of current monthly payment:   $
   d. Number of PREPETITION payments that have come due and were not made:
   e. Number of POSTPETITION payments that have come due and were not made:
   f. Last payment received on the following date:
   g. Notice of default recorded on the following date:
   h. Notice of sale recorded on the following date:
   i. Foreclosure sale originally scheduled for the following date:
   j. Foreclosure sale currently scheduled for the following date:
   k. Foreclosure sale already held on the following date:

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    F 4001-1M.CUST

Motion for Relief from Stay (Custodian of Real Property) - *Page 8 of* ____     **F 4001-1M.CUST**

| In re (SHORT TITLE)<br>374 West Street, a Corporation<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:10-19554-ER |
|---|---|

   l.   Trustee's deed on sale already recorded on the following date:
   m.  Future payments due by time of anticipated hearing date *(if applicable)*:
       An additional payment of $_____ will come due on _____, and on the ____ day of each month thereafter. If the payment is not received by the _____ day of the month, a late charge of $_____ will be charged to the loan.

9.  Attached hereto as Exhibit _____ is a true and correct copy of a POSTPETITION payment history that accurately reflects the dates and amounts of all payments made by the Debtor(s) since the petition date.

10.  The fair market value of the entire Property is $ 2,400,000.00 _____, established by:
   a.  ☐ Appraiser's declaration with appraisal attached as Exhibit _____.
   b.  ☐ A real estate broker or other expert's declaration regarding value attached as Exhibit _____.
   c.  ☒ A true and correct copy of relevant portion(s) of Debtor's(s') Schedules attached as Exhibit F _____.
   d.  ☐ Other *(specify)*:

11.  ☒ The fair market value of the Property is declining based on/due to: Current Real Estate Market in California _____

12.  **Calculation of equity in the Property:**
   a.  Based upon   ☐ a preliminary title report   ☒ Debtor's(s') admissions in the schedules filed in this case, the Property is subject to the following deed(s) of trust or lien(s) in the amounts specified securing the debt against the Property:

| | Name of Holder | Amount as Scheduled by Debtor(s) (if any) | Amount Known to Declarant and Source |
|---|---|---|---|
| 1st Deed of Trust: | Haleh Turkaman | $4,021,053.57 | $4,498,317.21 |
| 2nd Deed of Trust: | | | |
| 3rd Deed of Trust: | | | |
| Judgment Liens: | | | |
| Taxes: | | | |
| Other: | | | |
| **TOTAL DEBT:** | **$ 4,498,317.21** | | |

   b.  Evidence establishing the existence of the above deed(s) of trust and lien(s) is attached as Exhibit G _____, and consists of:
      ☐ Preliminary title report
      ☐ Relevant portions of Debtor(s)'s Schedules as filed in this case
      ☒ Other *(specify)*: Debtor's List of Creditors Holding 20 Largest Unsecured Claims

   c.  Subtracting the deed(s) of trust and other lien(s) set forth above from the value of the Property as set forth in Paragraph 9 above, the Debtor's(s') equity in the Property is $ 0.00 _____ (§ 362(d)(2)(A)).

   d.  The value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant is $ 0.00 _____ (§ 362(d)(1)).

   e.  Estimated costs of sale: $ 216,202.00 _____  (Estimate based upon 5 ____% of estimated gross sales price)

13.  ☐ *(Chapter 12 and 13 cases only)* Chapter 12 or 13 case status information:

   a.  341(a) Meeting currently scheduled for (or concluded on) the following date:
       Confirmation hearing currently scheduled for (or concluded on) the following date:
       Plan confirmed on the following date *(if applicable)*:

*(Continued on next page)*

Motion for Relief from Stay (Custodian of Real Property) - *Page 9 of* ____    **F 4001-1M.CUST**

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| 374 West Street, a Corporation | Debtor(s). | CASE NO.: 2:10-19554-ER |

b.  Postpetition/preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

   *(Number of)* _____ payment(s) due at $_____ each = $_____
   *(Number of)* _____ payment(s) due at $_____ each = $_____
   *(Number of)* _____ late charge(s) at $_____ each = $_____
   *(Number of)* _____ late charge(s) at $_____ each = $_____

c.  Postpetition/preconfirmation advances or other charges due but unpaid:    $_____
    (See attachment for details of type and amount.)

   **TOTAL POSTPETITION/PRECONFIRMATION DELINQUENCY:**    $_____

d.  Postconfirmation payments due BUT REMAINING UNPAID since plan confirmation *(if applicable)*:

   *(Number of)* _____ payment(s) due at $_____ each = $_____
   *(Number of)* _____ payment(s) due at $_____ each = $_____
   *(Number of)* _____ late charge(s) at $_____ each = $_____
   *(Number of)* _____ late charge(s) at $_____ each = $_____

e.  Postconfirmation advances or other charges due but unpaid:    $_____
    (See attachment for details of type and amount.)

   **TOTAL POSTCONFIRMATION DELINQUENCY:**    $_____

f.  ☐ The claim is provided for in the Chapter 12 or 13 Plan. Plan payment history is attached as Exhibit _____.

g.  ☐ See attached Declaration(s) of Chapter 12 or 13 Trustee regarding receipt of payments under the plan *(attach Court Form F 4001-1M.13)*.

14. ☐ Movant has not been provided with evidence that the Property is currently insured, as required under the terms of the loan.

15. ☐ The Property qualifies as single asset real estate and

   a. ☐ More than 90 days have passed since the filing of the petition and Debtor(s) has/have not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

   b. ☐ Debtor(s) has/have not commenced the monthly payments to Movant as required by 11 U.S.C. § 362(d)(3)(B).

16. ☐ Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:
   a. Case Name:
      Case No.:            Chapter:
      Date Filed:          Date Dismissed:
      Relief from stay re this property    ☐ was    ☐ was not granted.

   b. Case Name:
      Case No.:            Chapter:
      Date Filed:          Date Dismissed:
      Relief from stay re this property    ☐ was    ☐ was not granted.

   c. ☐ See attached continuation page for more information about other cases.

17. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the enforcement actions set forth in paragraph 8 above that were taken after the filing of the bankruptcy petition in this case.

   a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.CUST**

Motion for Relief from Stay (Custodian of Real Property) - *Page 10 of* ___    **F 4001-1M.CUST**

| In re (SHORT TITLE) 374 West Street, a Corporation | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-19554-ER |

b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 16 above.

c. ☐ For other facts justifying annulment, see attached continuation page.

**18. Grounds for relief from turnover requirements:**

a. ☒ Debtor(s) has/have mismanaged the Property. The Custodian can more effectively manage the Property during the bankruptcy proceedings. See attached Declaration of Kenton Johnson.

b. ☐ Debtor(s) is/are not an appropriate fiduciary to collect and disburse proceeds of the Property for the benefit of the estate. See attached Declaration of _____.

c. ☐ Other *(specify)*:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 23, at Los Angeles, California *(city, state)*.

Halah Turkaman
*Print Declarant's Name*

*[signature: Halah Turkaman]*
*Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.CUST**

December 2009