# Exhibit A

## Legal Description

Lots 31 and 32 of Tract no. 8901, in the City of Los Angeles, County of Los Angeles, State of California; as per map recorded in book 154 page 26, of maps, in the Office of the County Recorder of said County.

Its address is commonly known as:

Real Property located at 374 West 8th Street (San Pedro Area), Los Angeles, CA 90731.