# Exhibit F

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re  *374 West 8th Street, LLC*
       *a Corporation*

Case No.
Chapter *11*

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Heleh Turkaman<br>2736 Via Miguel<br>Palos Verdes Pen CA  90274 | Phone: 310-722-9159<br>Heleh Turkaman fka Vineyard Bk<br>Cal. Bank & Trust<br>2736 Via Miguel<br>Palos Verdes Pen CA  90274 | Promissory Note | Value:<br>Net Unsecured: | $ 4,021,053.57<br><br>$ 2,400,000.00<br>$ 1,621,053.57 |
| 2<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | Phone: 310-303-3885<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd.., #975<br>Torrance CA  90503 | General Contractor | | $ 498,392.29 |
| 3<br>23015 Samuel, LLC<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | Phone: 310-303-7916<br>23015 Samuel, LLC<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | loan | | $ 155,700.00 |
| 4<br>Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA  90505 | Phone: 310-373-8555<br>Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA  90505 | Subcontractor | | $ 71,881.41 |
| 5<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | Phone: 310-303-3885<br>Ashai Construction & Develpmnt<br>21515 Hawthorne Blvd., #975<br>Torrance CA  90503 | loan | | $ 68,850.78 |

Page  1

Case 2:10-bk-19554-ER    Doc 10-6    Filed 03/24/10    Entered 03/24/10 10:25:47    Desc
Exhibit F    Page 3 of 3

B4 (Official Form 4) (12/07)

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Beacon Investments<br>dba Crenshaw Lumber<br>1860 W. 166th St. POB 2436<br>Gardena CA  90247 | Phone: 310-323-1337<br>Beacon Investments<br>dba Crenshaw Lumber<br>1860 W. 166th St. POB 2436<br>Gardena CA  90247 | Mechanics Lien<br><br>Net Unsecured:<br>*Prior Liens Exist | | $ 37,230.94<br><br>$ 37,230.94 |
| 7<br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento CA  94279-7070 | Phone: 800-400-7115<br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento CA  94279-7070 | Taxes | | $ 37,010.00 |
| 8<br>Fire Safe Systems<br>P.O. Box 1186<br>Redondo Beach CA  90278 | Phone: 310-542-0585<br>Fire Safe Systems<br>P.O. Box 1186<br>Redondo Beach CA  90278 | Mechanics Lien<br><br>Net Unsecured:<br>*Prior Liens Exist | | $ 26,835.63<br><br>$ 26,835.63 |
| 9<br>Cooper & Cooper<br>904 Silver Spur Road<br>Palos Verdes Pen CA  90274 | Phone: 310-717-7735<br>Cooper & Cooper<br>904 Silver Spur Road<br>Palos Verdes Pen CA  90274 | Mechanics Lien<br><br>Net Unsecured:<br>*Prior Liens Exist | | $ 14,035.00<br><br>$ 14,035.00 |
| 10<br>LA County Tax Collector<br>P.O. Box 54018<br>Los Angeles CA  90054-0018 | Phone: 213-974-2111<br>LA County Tax Collector<br>P.O. Box 54018<br>Los Angeles CA  90054-0018 | Taxes | D | $ 7,158.19 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Tony Ashai fka Aziz Ashai_____, _President_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _3/15/2010_           Signature _/s/ Tony Ashai fka Aziz Ashai_____
                            Name:  Tony Ashai fka Aziz Ashai
                            Title: President