| In re: | CHAPTER 11 |
|---|---|
| 374 West 8th Street, LLC, a Corporation,<br><br>Debtor(s). | Bk No.   2:10-bk-19554-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

525 W. Monroe Street
Chicago, IL 60661-3693

A true and correct copy of the foregoing document described as **Notice of Motion and Motion for Withdrawal of Counsel for Creditor Haleh Turkaman; Declaration of Daniel Platt in Support thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 25, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Scott C. Clarkson – sclarkson@lawcgm.com
Christine M. Firzgerald – cfitzgerald@lawcgm.com
Joshua D. Wayser – joshua.wayser@kattenlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 25, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 25, 2010 | Mark D. Conzelmann | /s/ Mark D. Conzelmann |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

## SERVICE LIST

*Via Regular U.S. Mail*
374 West 8th Street, LLC
21515 Hawthorne Blvd., # 975
Torrance, CA 90503

*Via Regular U.S. Mail*
Scott C. Clarkson
3424 Carson St., Ste. 350
Torrance, CA 90503

*Via Regular U.S. Mail*
Heleh Turkaman
f/k/a Vineyard Bk Cal. Bank & Trust
2736 Via Miguel
Palos Verdes Pen, CA 90274

*Via Regular U.S. Mail*
23015 Samuel, LLC
21515 Hawthorne Blvd., #975
Torrance, CA 90503

*Via Regular U.S. Mail*
Beacon Investments
d/b/a Crenshaw Lamber
1860 W. 166th St., P.O. B. 2436
Gardena, CA 90247

*Via Regular U.S. Mail*
Fire Safe Systems
P.O. Box 1186
Redondo Beach, CA 90278

*Via Regular U.S. Mail*
U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

*Via Regular U.S. Mail*
Honorable Ernest M. Robles
US Bankruptcy Court – Central Dist. of California
255 East Temple St., Ste. 1560, Courtroom 1568
Los Angeles, CA 90012

*Via Regular U.S. Mail*
Ashai Construction & Development
21515 Hawthorne Blvd., #975
Torrance, CA 90503

*Via Regular U.S. Mail*
Elite Homes
23670 Hawthorne Blvd., Ste. 200
Torrance, CA 90505

*Via Regular U.S. Mail*
State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7070

*Via Regular U.S. Mail*
Cooper & Cooper
904 Silver Spur Road
Palos Verdes Pen, CA 90274

***Via Regular U.S. Mail***
LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018