Amended

| Official Form 1 (1/08) | Case #: 2:10-bk-19554-ER |

## United States Bankruptcy Court
### *CENTRAL* DISTRICT OF *CALIFORNIA*

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>*374 West 8th Street, LLC,*<br>*Limited Liability Company* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *20-3462901* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*21515 Hawthorne Blvd., #975*<br>*Torrance CA*     ZIPCODE *90503* | Street Address of Joint Debtor (No. & Street, City, and State):<br>    ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *Los Angeles* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *374 West 8th St., Torrance CA*     ZIPCODE *90503* | |

### Type of Debtor (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition Is Filed
(Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

### Chapter 11 Debtors:

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                    FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **374 West 8th Street, LLC,** <br> **Limited Liability Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> **3915 226th Street, LLC** | Case Number: <br> **2:09-bk-19189-ER** | Date Filed: <br> **04/21/2009** |
| District: <br> **Central District of California** | Relationship: <br> **Affiliate** | Judge: <br> **HON. ERNEST M. ROBLE** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | **X** _____ <br> Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition. <br>
☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                 FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **374 West 8th Street, LLC,**<br>**Limited Liability Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

03/26/2010
(Date)

### Signature of Attorney*

**X** */s/ SCOTT C. CLARKSON, ESQ.*
Signature of Attorney for Debtor(s)

**SCOTT C. CLARKSON, ESQ. 143271**
Printed Name of Attorney for Debtor(s)

**Clarkson, Gore & Marsella, APLC**
Firm Name

**3424 Carson Street, #350**
Address

**Torrance CA  90503**

**(310) 542-0111**
Telephone Number

**03/26/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Tony Ashai fka Aziz Ashai*
Signature of Authorized Individual

**Tony Ashai fka Aziz Ashai**
Printed Name of Authorized Individual

**Authorized Signator**
Title of Authorized Individual

**03/26/2010**
Date

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B1, Exh.A (9/97)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re *374 West 8th Street, LLC,*        **NOT APPLICABLE**        Case No. *2:10-bk-19554-ER*
Chapter    *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                     $
   b. Total debts (including debts listed in 2.c., below)      $

   c. Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

   d. Number of shares of preferred stock          *NONE*          *NONE*
   e. Number of shares of common stock             *NONE*          *NONE*

   Comments, if any:
   *NONE*

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
   *NONE*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq.<br>CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite #350<br>Torrance, CA 90503<br><br>Telephone: (310) 542-0111<br>Facsimile: (310) 214-7254<br>Bar No. 143271<br>[X]  Attorney for: 374 West 8th Street, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      374 West 8th Street, LLC<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br>                                          Defendant(s). | CASE NO.:  2:10-bk-19554-ER<br><br>ADV. NO.:<br><br>CHAPTER:  11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____ , the undersigned in the above-captioned case, hereby declare
               *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

       [X]     I am the president or other officer or an authorized agent of the debtor corporation

       [ ]     I am a party to an adversary proceeding

       [ ]     I am a party to a contested matter

       [ ]     I am the attorney for the debtor corporation

2. a.  [ ]     The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
               class of the corporation's(s') equity interests:
               *[For additional names, attach an addendum to this form.]*

   b.  [X]     There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

 /S/ Tony Ashai                                  03/26/2010
Signature of Attorney or Declarant              Date

Tony Ashai fka Aziz Ashai
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007                                                                                          CCD-1002

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *374 West 8th Street, LLC,*
    *Limited Liability Company*

Case No. *2:10-bk-19554-ER*
Chapter *11*

_____ / Debtor

Attorney for Debtor:    *SCOTT C. CLARKSON, ESQ.*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| | *Debtor has no Equity Security Holders* | | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Tony Ashai fka Aziz Ashai*    , *Authorized Signator*  of the  *corporation* _____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the
best of my knowledge, information and belief.

Date: *03/26/2010* _____

Signature: */s/ Tony Ashai fka Aziz Ashai* _____
Name: *Tony Ashai fka Aziz Ashai*
Title: *Authorized Signator*

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SNB 143271)<br>CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>Telephone: (310) 542-0111<br>Facsimile: (310) 214-7254 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>374 West 8th Street, LLC<br><br><br>Debtor. | CHAPTER 11   2:10-bk-19554-ER<br><br>CASE NUMBER   11<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.   Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:

21515 Hawthorne Blvd., Suite 975, Torrance, CA  90503

2.   Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

21515 Hawthorne Blvd., Suite 975, Torrance, CA  90503

3.   Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

21515 Hawthorne Blvd., Suite 975, Torrance, CA  90503

4.   Disclose the current business address(es) where the Debtor's books and records are located:

21515 Hawthorne Blvd., Suite 975, Torrance, CA  90503

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.     **VEN-P**

Venue Disclosure Form for Partnerships Filing Chapter 11 - Page Two (2)

**VEN-P**

| In re | | CHAPTER 11  2:10-BK-19554-ER |
|---|---|---|
| 374 West 8th Street, LLC | Debtor. | CASE NUMBER   11 |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

374 West 8th Street., Torrance, CA

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

None

7.   State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:

Tony Ashai fka Aziz Ashai

8.   Total number of attached pages of supporting documentation:   _____

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the  26__ day of  March_____ ,  2010 , at  Torrance_____ , California.

Tony Ashai fka Aziz Ashai_____
*Type Name of General Partner*

/S/ Tony Ashai
_____
*Signature of Declarant*
Tony Ashai fka Aziz Ashai

Authorized Signator_____
*Title of Declarant (if any)*

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Debtor: 3915 226th Street, LLC; Case no.: 2:09-bk-19189-ER; Date filed: 04/21/2009; District:

    Central District of California; Relationship: Affiliate; Judge: Hon. Ernest Robles

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Debtor: 3915 226th Street, LLC; Case no.: 2:09-bk-19189-ER; Date filed: 04/21/2009; District:

    Central District of California; Relationship: Affiliate; Judge: Hon. Ernest Robles

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Torrance_____ , California.       /S/ Tony Ashai_____
                                                        *Debtor*
                                                        Tony Ashai, Authorized Signator

Dated 03/26/2010_____                         _____
                                                        *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 1015-2.1**

F101521

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re **374 West 8th Street, LLC,**

Case No. **2:10-bk-19554-ER**
Chapter **11**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 2,400,000.00 | | |
| B-Personal Property | Yes | 3 | $ 0.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 4,099,155.14 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 44,168.19 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 794,824.48 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 11 | $ 2,400,000.00 | $ 4,938,147.81 | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *374 West 8th Street, LLC,*      NOT APPLICABLE      Case No. *2:10-bk-19554-ER*
Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re _374 West 8th Street, LLC_____,     Case No. _2:10-bk-19554-ER___
              Debtor(s)     (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3736 Via Miguel, Palos Verdes Estates, CA 90274<br><br>18 Residential condo-unit development project | 100% Fee Simple | | $ 2,400,000.00 | $ 2,400,000.00 |
| | | | | |

|  |  |  |
|---|---|---|
| No continuation sheets attached | **TOTAL $**<br>(Report also on Summary of Schedules.) | *2,400,000.00* |

B6B (Official Form 6B) (12/07)

In re _374 West 8th Street, LLC_ _____,        Case No. _2:10-bk-19554-ER_
                    Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re _374 West 8th Street, LLC_____,    Case No. _2:10-bk-19554-ER_
                    Debtor(s)                                           (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Potential Action against the Receiver and lien holder for degradation of property Location: In debtor's possession* | | *Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re _374 West 8th Street, LLC_____,    Case No. _2:10-bk-19554-ER_
              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 0.00 |

Page _3_ of _3_

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re 374 West 8th Street, LLC                                    Case No. 2:10-bk-19554-ER
_____                          _____
                    Debtor(s)                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Beacon Investments*<br>*dba Crenshaw Lumber*<br>*1860 W. 166th St. POB 2436*<br>*Gardena CA 90247* | | *11/08 2/09*<br>*Mechanics Lien*<br>*3736 Via Miguel, Palos Verdes Estates, CA 90274*<br><br>Value: *$ 2,400,000.00* | | | | | *$ 37,230.94* | *$ 37,230.94* |
| Account No:<br>*Creditor # : 2*<br>*Cooper & Cooper*<br>*904 Silver Spur Road*<br>*Palos Verdes Pen CA 90274* | | *11/07 - 5/08*<br>*Mechanics Lien*<br>*3736 Via Miguel, Palos Verdes Estates, CA 90274*<br><br>Value: *$ 2,400,000.00* | | | | | *$ 14,035.00* | *$ 14,035.00* |
| Account No:<br>*Creditor # : 3*<br>*Fire Safe Systems*<br>*P.O. Box 1186*<br>*Redondo Beach CA 90278* | | *1/09 - 3/09*<br>*Mechanics Lien*<br>*3736 Via Miguel, Palos Verdes Estates, CA 90274*<br><br>Value: *$ 2,400,000.00* | | | | | *$ 26,835.63* | *$ 26,835.63* |

1   continuation sheets attached

| | Subtotal $<br>(Total of this page) | $ 78,101.57 | $ 78,101.57 |
|---|---|---|---|
| | Total $<br>(Use only on last page) | | |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)    - Cont.

In re 374 West 8th Street, LLC                                    ,          Case No. 2:10-bk-19554-ER
                              **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 4 Haleh Turkaman 2736 Via Miguel Palos Verdes Pen CA 90274 | | Promissory Note 3736 Via Miguel, Palos Verdes Estates, CA 90274 Value: $ 2,400,000.00 | | | | $ 4,021,053.57 | $ 1,621,053.57 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 4,021,053.57 | $ 1,621,053.57 |
| Total $ (Use only on last page) | $ 4,099,155.14 | $ 1,699,155.14 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re  374 West 8th Street, LLC_____,      Case No. 2:10-bk-19554-ER
              Debtor(s)                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re _374 West 8th Street, LLC_____,    Case No. _2:10-bk-19554-ER___
                          **Debtor(s)**                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*LA County Tax Collector*<br>*P.O. Box 54018*<br>*Los Angeles CA 90054-0018* | | | 4/09<br>Taxes | | | X | $ 7,158.19 | $ 7,158.19 | $ 0.00 |
| Account No:<br>*Creditor # : 2*<br>*State Board of Equalization*<br>*P.O. Box 942879*<br>*Sacramento CA 94279-7070* | | | 2/09<br>Taxes | | | | $ 37,010.00 | $ 37,010.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

|  | Subtotal $ <br>(Total of this page) | 44,168.19 | 44,168.19 | 0.00 |
|---|---|---|---|---|
|  | Total $ <br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 44,168.19 | | |
|  | Total $ <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 44,168.19 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  _374 West 8th Street, LLC_____,    Case No. _2:10-bk-19554-ER___
                              **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** <br> **Creditor # : 1** <br> **23015 Samuel, LLC** <br> **21515 Hawthorne Blvd., #975** <br> **Torrance CA 90503** | | *5/08* <br> *loan* | | | | $ 155,700.00 |
| **Account No:    0.78** <br> **Creditor # : 2** <br> **Ashai Construction & Develpmnt** <br> **21515 Hawthorne Blvd., #975** <br> **Torrance CA 90503** | | *11/06 - 11/08* <br> *loan* | | | | $ 68,850.78 |
| **Account No:** <br> **Creditor # : 3** <br> **Ashai Construction & Develpmnt** <br> **21515 Hawthorne Blvd., #975** <br> **Torrance CA 90503** | | *11/07 - 3/09* <br> *General Contractor* | | | | $ 498,392.29 |
| **Account No:** <br> **Creditor # : 4** <br> **Elite Homes** <br> **23670 Hawthorne Blvd.** <br> **Suite 200** <br> **Torrance CA 90505** | X | *5/08 - 8/08* <br> *Subcontractor* <br> *Co-debtor: Tony Ashai* | | | | $ 71,881.41 |

No continuation sheets attached

|  | Subtotal $ | $ 794,824.48 |
|---|---|---|
|  | **Total $** <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 794,824.48 |

B6G (Official Form 6G) (12/07)

In re _374 West 8th Street, LLC_ _____ / Debtor      Case No. _2:10-bk-19554-ER_
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _374 West 8th Street, LLC_____ / Debtor    Case No. _2:10-bk-19554-ER_
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Athar Ashai<br>21515 Hawthorne Blvd.<br>Suite 975<br>Torrance CA   90503 | Beacon Investments<br>dba Crenshaw Lumber<br>1860 W. 166th St. POB 2436<br>Gardena CA   90247<br><br>Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA 90505 |
| Tony Ashai fka Aziz Ashai<br>21515 Hawthorne Blvd.<br>Suite 975<br>Torrance CA   90503 | Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA 90505 |
| Emil Youssefzadeth<br>21515 Hawthorned Blvd.<br>Suite 975<br>Torrance CA   90503 | Elite Homes<br>23670 Hawthorne Blvd.<br>Suite 200<br>Torrance CA 90505 |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:   **374 West 8th Street, LLC**

Case No.   **2:10-bk-19554-ER**
Chapter   **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:   <u>ONLY INCLUDE</u> information directly related to the business operation.)

| | | |
|---|---:|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $              0.00 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $              0.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $              0.00 | |
| 4. Payroll Taxes | 0.00 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 0.00 | |
| 7. Other Taxes | 0.00 | |
| 8. Inventory Purchases (Including raw materials) | 0.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 0.00 | |
| 11. Utilities | 0.00 | |
| 12. Office Expenses and Supplies | 0.00 | |
| 13. Repairs and Maintenance | 0.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 0.00 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For | | |
| Pre-Petition Business Debts (Specify): | | |
| | $              0.00 | |
| | 0.00 | |
| | 0.00 | |
| | | |
| 21. Other (Specify) | | |
| | $              0.00 | |
| | 0.00 | |
| | 0.00 | |
| | | |
| 22. Total Monthly Expenses | | $      1,486,200.00 |
| PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME: | | |
| | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $     -1,486,200.00 |

**See attachment to Business Income & Expenses**

# ATTACHMENT
## to Business Income & Expenses

Company:    374 West 8th Street, LLC

| | Trade | Budget |
|---|---|---|
| | **Trade** | **Budget** |
| | **HARD COSTS** | |
| 1 | Framing Lumber | $ 60,000.0 |
| 2 | Roofing | $ 20,000.0 |
| 3 | Stucco | $ 68,000.0 |
| 4 | Windows/Doors | $ 100,000.0 |
| 5 | Electrical Rough | $ 90,000.0 |
| 6 | Plumbing | $ 180,000.0 |
| 7 | HVAC | $ 100,000.0 |
| 8 | Insulation | $ 18,000.0 |
| 9 | Lt. weight concreete | $ 45,000.0 |
| 10 | Waterproofing/showers | $ 10,000.0 |
| 11 | Railing | $ 15,000.0 |
| 12 | Fire Sprinklers | $ 60,000.0 |
| 13 | Elevator | $ 100,000.0 |
| 14 | Low Voltage | $ 16,000.0 |
| 15 | Drywall | $ 100,000.0 |
| 16 | Contingency (10%) | $ 98,200.0 |
| | **INTERIOR** | |
| 1 | Kitchen/Bath vanities | $ 63,000.0 |
| 2 | Doors | see item 4 |
| 3 | Countertop/tilework | $ 36,000.0 |
| 4 | Wood floor | $ 55,000.0 |
| 5 | Carpet | $ 12,000.0 |
| 6 | Interior Moldings | $ 36,000.0 |
| 7 | Paint | $ 36,000.0 |
| 8 | Fixtures | $ 18,000.0 |
| | **MISC.** | |
| 1 | Condo fees | $ 100,000.0 |
| 2 | Insurance | $ 50,000.0 |
| | **TOTAL** | **$ 1,486,200.0** |

Date: 10-Mar-10

**8th Street**
**Summary of Invoices**

**M-0606**

| Invoice # | Material/Fees | Payroll | Profit/OH | Credits | Total |
|---|---|---|---|---|---|
| 3303 | | $6,242.00 | $967.51 | -$242.00 | $6,967.51 |
| 3284 | | | $9,242.54 | -$7,593.16 | $1,649.38 |
| 3330 | $139,000.00 | $6,000.00 | $22,475.00 | -$139,000.00 | $28,475.00 |
| 3461 | | $4,387.50 | | | $4,387.50 |
| 3468 | | $4,500.00 | | | $4,500.00 |
| 3474 | $75,000.00 | $4,950.00 | $11,625.00 | -$75,000.00 | $16,575.00 |
| 3481 | | $4,500.00 | | | $4,500.00 |
| 3502 | | $4,387.50 | | | $4,387.50 |
| 3515 | $15,000.00 | | $2,325.00 | -$7,500.00 | $9,825.00 |
| 3518 | $84.00 | $4,500.00 | | | $4,584.00 |
| 3533 | $3.00 | $4,500.00 | | | $4,503.00 |
| 3548 | | $4,500.00 | | | $4,500.00 |
| 3562 | $4,000.00 | $5,850.00 | | -$4,000.00 | $5,850.00 |
| 3585 | | | $32,481.63 | | $32,481.63 |
| 3591 | $5,889.41 | | | | $5,889.41 |
| 3615 | $2,205.27 | | | | $2,205.27 |
| 3690 | $3,531.60 | | | | $3,531.60 |
| 3722 | | | $30,130.51 | | $30,130.51 |
| 3723 | | | $4,086.42 | | $4,086.42 |
| 3733 | | $495.00 | | | $495.00 |
| 3743 | $51,907.44 | | $8,045.65 | | $59,953.09 |
| 3753 | $15.00 | $1,515.75 | $2.33 | | $1,533.08 |
| 3787 | | $354.38 | | | $354.38 |
| 3796 | $75,000.00 | | $11,625.00 | | $86,625.00 |
| 3802 | $27.35 | $450.00 | $4.24 | | $481.59 |
| 3824 | $1,661.82 | $2,092.88 | | -$1,661.82 | $2,092.88 |
| 3832 | | | $29,718.00 | | $29,718.00 |
| 3841 | | $690.00 | | | $690.00 |
| 3844 | $715.50 | | | -$138.00 | $577.50 |
| 3845 | | | $20,169.64 | | $20,169.64 |
| 3872 | $900.00 | | | | $900.00 |
| 3888 | $25,000.00 | $967.88 | $3,875.00 | -$232.88 | $29,610.00 |
| 3890 | $101.63 | $483.00 | $15.75 | | $600.38 |
| 3891 | | | $13,762.56 | | $13,762.56 |
| 3946 | $684.50 | | | | $684.50 |
| 3947 | $15.13 | $1,026.00 | $2.34 | -$291.13 | $752.34 |
| 3949 | | | $11,285.08 | | $11,285.08 |
| 4086 | | | $11,207.14 | | $11,207.14 |
| 4090 | | | $11,126.83 | | $11,126.83 |
| 4095 | | $500.60 | | | $500.60 |
| 4107 | | | $9,867.82 | | $9,867.82 |
| 4116 | $24.88 | $1,056.99 | $3.86 | | $1,085.73 |
| | **$400,766.53** | **$63,949.48** | **$244,044.85** | **-$235,658.99** | **$473,101.87** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _374 West 8th Street, LLC, Limited Liability Company_____    Case No. _2:10-bk-19554-ER_
                       Debtor                                                 (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Tony Ashai fka Aziz Ashai_____, _Authorized Signator_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____12___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: _3/26/2010_____            Signature _/s/ Tony Ashai fka Aziz Ashai_____
                                            Name: _Tony Ashai fka Aziz Ashai_
                                            Title: _Authorized Signator_

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.