1

**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 165797

2

**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**

3

**3424 Carson Street, Suite 350**
**Torrance, California 90503**

4

**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

5

6

Attorneys for Debtor, 374 W 8th Street, LLC

FILED & ENTERED

APR 07 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

7

8    **UNITED STATES BANKRUPTCY COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10    **LOS ANGELES DIVISION**

11

12    In re:

13    374 W 8TH STREET, LLC,

14        Debtor, and Debtor in Possession.

Bk. No. 2:10-bk-19554-ER

Chapter 11

**ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (REAL PROPERTY) AND RELIEF FROM TURNOVER UNDER 11 U.S.C. §543 BY PREPETITION RECEIVER OR OTHER CUSTODIAN**

15

16

17

18    <u>CURRENT HEARING</u>
Date:  April 8, 2010
Time: 11:00 a.m.
Ctrm: 1568

19

20    <u>CONTINUED HEARING</u>
Date:  April 22, 2010
Time: 11:00 a.m.
Ctrm: 1568

21

22

23

24        The Court having read and considered the Stipulation to continue the Motion for Relief

25    from the Automatic Stay under 11 U.S.C. §362 (Real Property) and Relief from Turnover under

26    11 U.S.C. §543 by Prepetition Receiver or other Custodian entered by and between the Debtor

27    and Movant, and good and sufficient cause appearing therefor, it is hereby

28

**ORDERED** that:

1. The Stipulation is approved;

2. The ~~Status Conference~~ Hearing presently schedule for April 8, 2010, at 11:00 a.m., is hereby continued to **April 22, 2010 at 11:00 a.m.**

3. Any opposition may be given orally at the hearing or filed with the court before the hearing.

**IT IS SO ORDERED**.

###

DATED: April 7, 2010

_____
United States Bankruptcy Judge

Order on Stipulation to Continue Hearing

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (REAL PROPERTY) AND RELIEF FROM TURNOVER UNDER 11 U.S.C. §543 BY PREPETITION RECEIVER OR OTHER CUSTODIAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **April 5, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**JUDGE**
Ernest M Robles
255 E. Temple St., Suite 1560
Los Angeles, CA  90012

☐ Service information continued on attached page

**III.   SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL~~** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 6, 2009
___  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 5, 2010 | Brenda Campos | /S/ Brenda Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order on Stipulation to Continue Hearing

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (REAL PROPERTY) AND RELIEF FROM TURNOVER UNDER 11 U.S.C. §543 BY PREPETITION RECEIVER OR OTHER CUSTODIAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 5, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See attached service list

☒Service information continued on attached page

Order on Stipulation to Continue Hearing

**Served via NEF**
United States Trustee
Ustpregion16.la.ecf@usdoj.gov

**Counsel for Movant**
Joshua D. Wayser
Joshua.wayser@kattenlaw.com

**Debtors Attroney**
Scott Clarkson
sclarkson@lawcgm.com

Christine Fitzgerald
cfitzgerald@lawcgm.com

**Served Via Email**

**Debtor**
Bill Ashai
374 West 8th St., LLC
bill@ashai.com

**Creditor**
Ashai Construction
Bill Ashai
bill@ashai.com

**Served via US Mail**

**Counsel for Receiver**
McKenna Long & Aldridge LLP
Attn: Gary Owen Caris
300 S. Grand Ave  14th Floor
Los Angeles, CA 90071-31245

**Counsel for Movant**
Daniel Platt, Esq.
Gloria Franke, Esq.
Katten Muchin Rosenman LLp
2029 Century Park East #2600
Los Angeles, CA 90067-3012

**Creditors**
23015 Samuel, LLC
21515 Hawthorne Blvd. #975
Torrance, CA 90503

Beacon Investments
dba Crenshaw Lumber
1860 W. 166th St.
P.O. Box 2436
Gardena, CA 90247

Order on Stipulation to Continue Hearing

1

**<u>Creditors Continued</u>**

2
Cooper & Cooper
904 Silver Spur Road

3
Palos Verdes Peninsula, CA  90274

4

Elite Homes

5
23670 Hawthorne  Blvd. Suite 200
Torrance, CA 90505

6

Fire Safe Systems

7
P.O. Box 1186
Redondo Beach, CA 90278

8

LA County Tax Collector

9
P.O. Box 54018
Los Angeles, CA 90054-0018

10

State Board of Equalization

11
P.O. Box 942879

12
Sacramento, CA 94279-7070

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Stipulation to Continue Hearing