| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daniel A. Platt (SBN: 132665)<br>Gloria Franke (SBN: 246390)<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471<br><br>Attorney for  Haleh Turkaman | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>    374 West 8th Street, LLC, a Corporation,<br><br>                                                                  Debtor. | |
|---|---|
| <br><br>                                                                  Plaintiff(s),<br><br>                      vs.<br><br>                                                                  Defendant(s). | CHAPTER 11<br><br>CASE NUMBER  2:10-19554-ER<br><br>☐   ADVERSARY NUMBER (If Applicable) |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Joshua D. Wayser, Daniel A. Platt, and Gloria Franke of Katten Muchin Rosenman LLP

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Calvin Yap
   Oswald & Yap LLP, 16148 Sand Canyon Avenue, Irvine, California 92618; Tel: (949) 788-8900

3. New Attorney hereby appears in the following matters:     ☒ The case     ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*:  Joshua D. Wayser, Daniel A. Platt, and Gloria Franke of Katten Muchin Rosenman LLP

Dated: 04/16/10

Daniel A. Platt
*Type Name of Party*                                                                         *Signature of Party*

I consent to the above substitution.

Dated: 04/16/10

Daniel A. Platt
*Type Name of Present Attorney*                                                       *Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 04/16/10

Calvin Yap
*Type Name of New Attorney*                                                           *Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 2090-1.4**

| Substitution of Attorney - *Page 2* | **F 2090-1.4** |
|---|---|
| In re<br>374 West 8th Street, LLC, a Corporation,<br>Debtor. | CHAPTER 11<br>CASE NUMBER 2:10-19554-ER |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

Substitution of Attorney - *Page 3*                                            F 2090-1.4

| In re 374 West 8th Street, LLC, a Corporation, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-19554-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
525 West Monroe
Chicago, IL 60661

A true and correct copy of the foregoing document described as Substitution of Attorney _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/16/10 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Scott C. Clarkson - sclarkson@lawcgm.com
Christine M. Fitzgerald - cfitzgerald@lawcgm.com
Eve A. Marsella - emarsella@lawcgm.com
Joshua D. Wayser - joshua.wayser@kattenlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/16/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/16/10 | Mark D. Conzelmann | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    **F 2090-1.4**

## SERVICE LIST

*Via Regular Mail*
374 West 8th Street, LLC
21515 Hawthorne Blvd., # 975
Torrance, CA 90503

*Via Regular Mail*
Scott C. Clarkson
3424 Carson St., Ste. 350
Torrance, CA 90503

*Via Regular Mail*
Elite Homes
23670 Hawthorne Blvd.
Suite 200
Torrance, CA 90505

*Via Regular Mail*
23015 Samuel, LLC
21515 Hawthorne Blvd., #975
Torrance, CA 90503

*Via Regular Mail*
Beacon Investments
d/b/a Crenshaw Lamber
1860 W. 166th St., P.O. B. 2436
Gardena, CA 90247

*Via Regular Mail*
Fire Safe Systems
1312 Kingsdale Ave.,
Redondo Beach, CA 90278

*Via Regular Mail*
U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

*Via Overnight Mail*
Honorable Ernest M. Robles
US Bankruptcy Court – Central Dist. of California
255 East Temple St., Ste. 1560, Courtroom 1568
Los Angeles, CA 90012

*Via Regular Mail*
Ashai Construction & Development
21515 Hawthorne Blvd., #975
Torrance, CA 90503

*Via Regular Mail*
Elite Homes
23670 Hawthorne Blvd., Ste. 200
Torrance, CA 90505

*Via Regular Mail*
State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7070

*Via Regular Mail*
Cooper & Cooper
904 Silver Spur Road
Palos Verdes Pen, CA 90274

*Via Regular Mail*
LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

*Via Regular Mail*
Beacon Investment
dba Credshaw Lumber
1860 W. 166th St.
Gardena, CA 90247

*Via Regular Mail*
McKenna Long & Aldridge LLP
Attn: Gary Owen Caris
300 South Grand Avenue
14th Floor
Los Angeles, CA 90071-3124

*Via Regular Mail*
Oswald & Yap LLP
16148 Sand Canyon Ave.
Irvine, CA 92618