**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Attorneys for 374 West 8th Street, LLC, Debtor and Debtor in Possession

FILED & ENTERED

APR 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY walter    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA,

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>374 West 8th Street, LLC,<br><br>　　　Debtor and Debtor in Possession. | Case No. 2:10-bk-19554-ER<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 543 BY PREPETITION CUSTODIAN OR OTHER CUSTODIAN AND CONTINUING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) BY HALEH TURKAMAN**<br><br>DATE:　April 22, 2010<br>TIME:　11:00 a.m.<br>PLACE:　Courtroom 1568,<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA |

The Court, having considered the Motion For Relief From Turnover Under 11 U.S.C. § 543 By Prepetition Custodian Or Other Custodian (the "Motion to Excuse Turnover") and For Relief From The Automatic Stay Under 11 U.S.C. § 362 (Real Property) (the "Relief from Stay Motion"), By Haleh Turkaman, the opposition filed by 374 West 8th Street, LLC, the debtor and

debtor in possession in the above entitled Chapter 11 proceeding, the papers and pleadings filed in this case, and finding that appearances were not required, for the reasons set forth in its tentative ruling, and finding good cause therefor, hereby Orders as follows:

1. The Motion to Excuse Turnover is DENIED. The Receiver may file a final report and seek approval compensation and reimbursement of costs and expenses with the Los Angeles Superior Court. However, any payment of these items shall only be made upon order of this Court.
2. The hearing on the Relief from Stay Motion is continued to June 22, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

###

DATED: April 27, 2010

_____
United States Bankruptcy Judge

2   Order Denying Motion for Relief from Turnover and
Continuing Motion for Relief From Stay

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER DENYING MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 362 (REAL PROPERTY) BY HALEH TURKAMAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On **April 23, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Ernest M Robles
255 E. Temple St., Suite 1560
Los Angeles, CA  90012

☒ **Service information continued on attached page**

**III. SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 23, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Bill Ashai
374 West 8th St., LLC
bill@ashai.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3   Order Denying Motion for Relief from Turnover and
Continuing Motion for Relief From Stay

1  **SERVED BY U.S. MAIL**

2

3  **U.S. Trustee**
United States Trustee
725 S. Figueroa St., 26th Floor
4  Los Angeles, CA  90017

5  **Counsel for Movant**
Joshua D. Wayser
6  2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

7
**Counsel for Receiver**
8  McKenna Long & Aldridge LLP
Attn: Gary Owen Caris
9  300 S. Grand Ave  14th Floor
Los Angeles, CA 90071-31245

10
**Counsel for Movant**
11  Calvin Yap, Esq.
Oswald & Yap LLP
12  16148 San Canyon Ave.
Irvine, CA  92618

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4  Order Denying Motion for Relief from Turnover and
Continuing Motion for Relief From Stay

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION FOR RELIEF FROM TURNOVER UNDER 11 U.S.C. § 362 (REAL PROPERTY) BY HALEH TURKAMAN** was entered on the date indicated as ΑEntered≅ on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ΑNEF≅)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 23, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ΑEntered≅ stamp, the party lodging the judgment or order will serve a complete copy bearing an ΑEntered≅ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒Service information continued on attached page

5   Order Denying Motion for Relief from Turnover and
Continuing Motion for Relief From Stay

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (‗NEF‗)**

**Counsel for Debtors**
Scott C. Clarkson    sclarkson@lawcgm.com
Eve A. Marsella    emarsella@lawcgm.com
Christine M. Fitzgerald    cfitgerald@lawcgm.com

**U.S. Trustee**
United States Trustee    Ustpregion16.la.ecf@usdoj.gov

**Counsel for Movant**
Joshua D. Wayser
Joshua.wayser@kattenlaw.com

**TO BE SERVED BY THE LODGING PARTY**

**To be service by Email**

**Debtor**
Bill Ashai
374 West 8th St., LLC
bill@ashai.com

**To be served by U.S. Mail**

**Counsel for Receiver**
McKenna Long & Aldridge LLP
Attn: Gary Owen Caris
300 S. Grand Ave  14th Floor
Los Angeles, CA 90071-31245

**Counsel for Movant**
Calvin Yap, Esq.
Oswald & Yap LLP
16148 San Canyon Ave.
Irvine, CA  92618

6  Order Denying Motion for Relief from Turnover and
Continuing Motion for Relief From Stay