Joshua D. Wayser (SBN: 152711)
Daniel A. Platt (SBN: 132665)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471



FILED & ENTERED

APR 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>374 West 8th Street, LLC, a Corporation,<br><br>Debtor and Debtor in Possession. | Case No. 2:10-bk-19554-ER<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL FOR CREDITOR HALEH TURKAMAN**<br><br>Judge: Ernest M. Robles<br><br>**Hearing**:<br>Date:  April 22, 2010<br>Time: 11:00 a.m.<br>Ctrm: 255 East Temple Street<br>         Los Angeles, CA<br>         Ctrm: 1568 |

On April 22, 2010, this Court issued a tentative ruling on the motion of Joshua D. Wayser and Daniel Platt (collectively, "Counsel"), to withdraw as counsel (the "Motion") for creditor Haleh Turkaman ("Turkaman").  For the reasons stated in the tentative ruling, which is the final ruling are incorporated herein, the Court orders as follows:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. Pursuant to LBR 2091-1, Joshua D. Wayser and Daniel A. Platt of Katten Muchin Rosenman LLP are hereby granted leave to withdraw and are withdrawn as counsel for creditor Haleh Turkaman.

1

    3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

DATED: April 30, 2010

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

525 W. Monroe Street
Chicago, IL 60661-3693

A true and correct copy of the foregoing document described as **Order Granting Motion to Withdrawal as Counsel for Creditor Haleh Turkaman** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On April 22, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Scott C. Clarkson – sclarkson@lawcgm.com
Joshua D. Wayser – joshua.wayser@kattenlaw.com
Christine M. Fitzgerald – cfitzgerald@lawcgm.com
Eve A. Marsella – emarsella@lawcgm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 22, 2010 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via Regular U.S. Mail*
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 22, 2010 | Mark D. Conzelmann | /s/ Mark D. Conzelmann |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **Order Granting Motion to Withdrawal as Counsel for creditor Haleh Turkaman** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 2, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Scott C. Clarkson – sclarkson@lawcgm.com
Joshua D. Wayser – joshua.wayser@kattenlaw.com
Christine M. Fitzgerald – cfitzgerald@lawcgm.com
Eve A. Marsella – emarsella@lawcgm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page