**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Debtor, 374 W 8th Street, LLC

FILED & ENTERED

MAY 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bk. No. 2:10-bk-19554-ER |
| 374 W 8TH STREET, LLC, | Chapter 11 |
| Debtor, and Debtor in Possession. | **ORDER GRANTING MOTION SETTING DEADLINES FOR FILING PROOFS OF CLAIM AND INTEREST** |

The United States Bankruptcy Court having considered the Notice and Motion for Order Setting Deadlines for Filing Proofs of Claims and Interest filed on April 21, 2010, by 374 West 8th Street, LLC, Chapter 11 Debtor and Debtor in Possession (the "Debtor"), a California Limited Liability Company, and that a hearing is not required and good cause appearing therefore, it hereby GRANTS the Motion and ORDERS that:

　　i.　The deadline to file proofs of claim or interest is August 1, 2010.

　　ii.　Any party whose claim is listed on the Schedules which were filed on the Petition Date ("Schedules"), and was not listed as "disputed", "contingent", or "unliquidated" may, but need not, file a proof of claim in the Case.

　　iii.　Any creditor whose claim is not reflected in the Schedules, or disagrees with the

amount or description scheduled, or is listed in the Schedules as disputed, contingent, or unliquidated must file a proofs of claim with the Court no later than the Claims Deadline, or they will not be entitled to participate in the Case or share in any distribution under the Plan.

  iv. All proofs of claim must also be served by mail upon the Debtor's counsel, Clarkson, Gore & Marsella, APLC, ATTN: Christine M. Fitzgerald, Esq., 3424 Carson Street, Suite 350, Torrance, California 90503.

  v. Any creditor who desires to rely on the Schedules has the responsibility for determining that the claim is accurately listed.  A copy of the Schedules may be obtained at the United States Bankruptcy Court located at 255 E. Temple Street, Room 940, Los Angeles, CA 90012.

  vi. Claims arising against the Debtor from the rejection of executory contracts or unexpired leases, out of the recovery by the Debtor or avoidable transfer, or out of the incurrence of certain taxes must be filed on or before the later of (i) the Claims Deadline and (ii) the first business day that is at least thirty (30) calendar days after (a) the mailing of notice of entry of the order first approving the rejection of such contract or lease, (b) entry of an order or judgment voiding a transfer or (c) any relevant tax claim arises.

  vii. With respect to any amendment to the Schedules which affects the status of a claim pursuant to Bankruptcy Code §1111(a):

    a. subsequent to notice, pursuant to Bankruptcy Rule 1009(a), of any amendment to the Schedules which reduces the liquidated amount of a scheduled, undisputed, liquidated, non-contingent claim or which reclassifies a scheduled, undisputed, liquidated, non-contingent claim to disputed, unliquidated, and/or contingent, the claimant affected by such amendment should be permitted to file a proof of such claim only on or before the <u>later</u> of (a) the Claims Deadline, and (b) the first business day that is at least thirty (30) calendar days after the mailing of notice of such amendment, but only to the extent such proof of claim does not exceed the amount scheduled for such claim prior to such amendments.

    b. No extension of time is warranted if an amendment increases the scheduled amount of an undisputed, liquidated, or noncontingent claim.

    viii.    Subsequent to the Claims Deadline:

        a.    a creditor should not be allowed to file an "amendment" to increase any claim deemed filed on its behalf under Bankruptcy Code §1111(a) by virtue of the listing of such claim in the Schedules, and

        b.    any amendment to a proof of claim that was previously filed by the claimant prior to the applicable bar date should be disallowed to the extent that (i) such amended claim is not based on the same facts and circumstances as the timely filed proof of claim and (ii) any increased amounts included in the amended proof of claim were reasonably ascertainable by the claimant at the time of the applicable bar date.

    ix.    The Debtor is authorized to send notice of the Claims Deadline pursuant to Bankruptcy Code § 501 and Bankruptcy Rules 2002, 3002 and 3003, in the form of the Notice of Claims Deadline, which is attached to the Motion as Exhibit "A". The notices shall be sent within ten (10) days of entry of this Order.

    x.    The Debtor and any creditor or interest holder that is required to, but that does not, file a proof of claim and/or claims objection, if applicable, in compliance with the procedures established and within the time period fixed by this Order:

        a.    shall be forever barred from:
            1.    participating in any manner in this chapter 11 case;
            2.    voting with respect to any plan of reorganization filed in this chapter 11 case; and
            3.    receiving any distribution under any plan of reorganization;
        b.    shall be bound by the terms of any such plan of reorganization, if such plan is confirmed by the Court; and
        c.    shall not be entitled to receive any further mailings or notices in the Case.

**IT IS SO ORDERED**

                                    ###

DATED: May 21, 2010

United States Bankruptcy Judge

3    Order Granting Motion setting Deadlines for Filing Proofs of Claim and Interest

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION SETTING DEADLINES FOR FILING PROOFS OF CLAIM AND INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 11, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**JUDGE**
Ernest M Robles
255 E. Temple St., Suite 1560
Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 11, 2010 | Brenda L. Campos | /S/ Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION SETTING DEADLINES FOR FILING PROOFS OF CLAIM AND INTEREST** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 11, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒                                                      Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐                                                      Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See attached service list

☒                                                      Service information continued on attached page

Order Granting Motion setting Deadlines for Filing Proofs of Claim and Interest

**Served via NEF**
United States Trustee
Ustpregion16.la.ecf@usdoj.gov

**Debtors Attroney**
Scott Clarkson
sclarkson@lawcgm.com

Christine Fitzgerald
cfitzgerald@lawcgm.com

**Served Via Email**

**Debtor**
Bill Ashai
374 West 8th St., LLC
bill@ashai.com

**Creditor**
Ashai Construction
Bill Ashai
bill@ashai.com

**Served via US Mail**

**Counsel for Receiver**
McKenna Long & Aldridge LLP
Attn: Gary Owen Caris
300 S. Grand Ave  14th Floor
Los Angeles, CA 90071-31245

**Counsel for Movant**
Calvin Yap, Esq.
Oswald & Yap LLP
16148 Sand Canyon Ave
Irvine, CA 92618

**Creditors**
23015 Samuel, LLC
21515 Hawthorne Blvd. #975
Torrance, CA 90503

Beacon Investments
dba Crenshaw Lumber
1860 W. 166th St.
P.O. Box 2436
Gardena, CA 90247

**Creditors Continued**
Cooper & Cooper
904 Silver Spur Road
Palos Verdes Pennisula, CA  90274

Order Granting Motion setting Deadlines for Filing Proofs of Claim and Interest

6

1

2  Elite Homes
   23670 Hawthrone Blvd. Suite 200
3  Torrance, CA 90505

4  Fire Safe Systems
   P.O. Box 1186
5  Redondo Beach, CA 90278

6  LA County Tax Collector
   P.O. Box 54018
7  Los Angeles, CA 90054-0018

8  State Board of Equalization
   P.O. Box 942879
9  Sacramento, CA 94279-7070

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7  Order Granting Motion setting Deadlines for Filing Proofs of Claim and Interest