Case 2:10-bk-19554-ER    Doc 49    Filed 05/24/10    Entered 05/24/10 15:29:33    Desc
Main Document    Page 1 of 4

1  SCOTT C. CLARKSON, ESQ. SBN 143271
   EVE A. MARSELLA, ESQ. SBN 165797
2  CHRISTINE M. FITZGERALD, ESQ. SBN 259014
   CLARKSON, GORE & MARSELLA
3  A PROFESSIONAL LAW CORPORATION
   3424 Carson Street, Suite 350
4  Torrance, California 90503
   (310) 542-0111 Telephone
5  (310) 214-7254 Facsimile

6  Attorneys for Debtor, 374 W. 8th Street, LLC

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In re:                          | Case No. 2:10-bk-19554-ER

12 374 W. 8th Street, LLC,         | Chapter 11

13         Debtor and Debtor in    | **Proof of Service re:**
           Possession.
14                                 | **ORDER GRANTING MOTION SETTING
                                   | DEADLINES FOR FILING PROOFS OF
15                                 | CLAIM AND INTEREST**

26 ///

27 ///

28 ///
   ///

Amended Proof of Service
1

| In re: | CHAPTER 11 |
|---|---|
| 374 WEST 8th STREET, LLC<br><br>Debtor(s) and<br>Debtors in Possession | CASE NUMBER: 2:10-bk-19554-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **PROOF OF SERVICE RE: ORDER GRANTING MOTION SETTING DEADLINES FOR FILING PROOFS OF CLAIM AND INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 24, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ **See Attached Service List**    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 24, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒    Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 24, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ **See Attached Service List**    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2010 | Brenda L. Campos | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re:                     374 WEST 8th STREET, LLC      Debtor(s) and Debtors in Possession | CHAPTER 11  CASE NUMBER: 2:10-bk-19554-ER |
|---|---|

### Served Via NEF

### Office of the United States Trustee:
United States Trustee (LA)
Ustpregion16.la.ecf@usdoj.gov

### Debtors Attroney
Scott Clarkson
sclarkson@lawcgm.com

Christine Fitzgerald
cfitzgerald@lawcgm.com

### Served via e-mail

### Debtor
Bill Ashai
374 West 8th St., LLC
bill@ashai.com

### Creditor
Ashai Construction
Bill Ashai
bill@ashai.com

### Served via US Mail

### Judge
Honorable Ernest M. Robles
255 E. Temple St  Suite 1560
Los Angeles, CA 90012

### Counsel for Receiver
McKenna Long & Aldridge LLP
Attn: Gary Owen Caris
300 S. Grand Ave  14th Floor
Los Angeles, CA 90071-31245

### Counsel for Movant
Calvin Yap, Esq.
Oswald & Yap LLP
16148 Sand Canyon Ave.
Irvine, CA  92618

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                           F 9013-3.1

Main Document    Page 4 of 4

| In re:<br><br>374 WEST 8th STREET, LLC<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER: 2:10-bk-19554-ER |
|---|---|

## Creditors

23015 Samuel, LLC
21515 Hawthorne Blvd. #975
Torrance, CA 90503

Beacon Investments
dba Crenshaw Lumber
1860 W. 166th St.
P.O. Box 2436
Gardena, CA 90247

Cooper & Cooper
904 Silver Spur Road
Palos Verdes Pennisula, CA  90274

Elite Homes
23670 Hawthrone Blvd. Suite 200
Torrance, CA 90505

Fire Safe Systems
P.O. Box 1186
Redondo Beach, CA 90278

LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7070

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                                F 9013-3.1